UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| VICKY K. BATES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00161-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#14[1]) entered on February 26, 2010, recommending granting Plaintiff's Motion for Reversal (#9) and denying Defendant's Cross Motion for Summary Judgment (#12). Defendant filed his Objection to Report and Recommendation by U.S. Magistrate Cooke (#16) on March 12, 2010, pursuant to 28 U.S.C. § 636(b)(1)(c) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Defendant, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#14) entered on February 26, 2010, should be

---

[1]Refers to court's docket number.

adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#14) entered on February 26, 2010, is adopted and accepted, and Plaintiff's Motion for Reversal (#9) is GRANTED and Defendant's Cross Motion for Summary Judgment (#12) is DENIED.

IT IS SO ORDERED.

DATED this 17th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE