AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

VICKY K. BATES,

  Plaintiff,    JUDGMENT IN A CIVIL CASE
 V.

          CASE NUMBER: **3:09-CV-00161-LRH-VPC**

MICHAEL J. ASTRUE,

  Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [14] is ADOPTED AND ACCEPTED, plaintiff's Motion for Reversal [9] is GRANTED and defendant's Cross Motion for Summary Judgment [12] is DENIED.


 January 20, 2011          **LANCE S. WILSON**
   Date              Clerk

               /s/  M. Campbell
               Deputy Clerk